ce: ack

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE ___FIRST___ DISTRICT OF ___HAWAII___
___Honolulu___ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2018

at _3_ o'clock and _00_ min. _P_ M_
SUE BEITIA, CLERK

JOHNSON, TERENCE KEITH

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

UNITED STATES GOVERNMENT
DEPARTMENT OF DEFENSE
DEFENSE LOGISTICS AGENCY

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. CV18 00015ACK RLP

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

1/ 86 pr 414
2018 01 10

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | JOHNSON, TERENCE KEITH |
| Street Address | 1055 River Street #305 |
| City and County | Honolulu |
| State and Zip Code | Hawaii   96817 |
| Telephone Number | 808 203 7282 |
| E-mail Address | johnson terence @ hotmail. com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNITED STATES GOVERNMENT |
| Job or Title (if known) | Establishment |
| Street Address | The Pentagon |
| City and County | Arlington |
| State and Zip Code | Virginia |
| Telephone Number | |
| E-mail Address (if known) | hotline @ dodig.mil |

Defendant No. 2

| | |
|---|---|
| Name | DEPARTMENT OF DEFENSE |
| Job or Title (if known) | Nominal Income, Source of |
| Street Address | 8000 JEFFERSON DAVIS HIGHWAY |
| City and County | RICHMOND, VIRGINIA 23297 |

2

State and Zip Code   VIRGINIA 23297
Telephone Number   804 2793861
E-mail Address   dla contact center @ dla.mil
(if known)   [L as in DLA]

Defendant No. 3

Name   DEFENSE LOGISTICS AGENCY
Job or Title   UNSOLICITED RECRUITER-
(if known)   PROGRAM-OFFEROR
Street Address   8000 JEFFERSON DAVIS HIGHWAY
City and County   CITY oF RICHMOND
State and Zip Code   VIRGINIA   23297
Telephone Number   804 279 3861
E-mail Address   dla contact center @ dla.mil
(if known)   [as in DLA]

Defendant No. 4

Name   DLA - HUMAN RESOURCES
Job or Title   UNSOLICITED RECRUITER-
(if known)   PROGRAM-OFFEROR - COLUMBUS OHIO
Street Address   8000 JEFFERSON DAVIS HIGHWAY
City and County   CITY OF RICHMOND
State and Zip Code   VIRGINIA   23297
Telephone Number   804 279 3861
E-mail Address   dla contactcenter @ dla.mil
(if known)   [as in DLA]

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name   Defense Supply Center Richmond Virginia
Street Address   8000 Jefferson Davis Highway
City and County   City of Richmond
State and Zip Code   VIRGINIA   23297
Telephone Number   804 279 3861

3

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*: Zero Tolerance Fraud, Waste, Abuse Federal Government

☑    Relevant state law *(specify, if known)*: Right to Work

☑    Relevant city or county law *(specify, if known)*: U.S. Code Titles 5 Title 11 Title 18, Title 20, Title 21, Title 24, Title 42, Title 19, The Act, The Individual

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑    Failure to hire me.

☑    Termination of my employment.

☑    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*: Due Process, Due Diligence; Ex Post Facto Affordable Healthcare Act

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

13 May 1987

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color_____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☑    age. My year of birth is 1966 . *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*
Fraud Waste Abuse

E.    The facts of my case are as follows. Attach additional pages if needed.

5

_[Handwritten:] A letter from attending physician was filed to Human Resources (a copy is in my SFSD at U.S. Off of Personnel Management). The Human Resources Office in May 1987, asked me to resign due to my not having had transcripted at least 15 cred. hours per semester, since being in the Federal Juvenile Fellowship program since June 15, 18, 1984. The HR office said there was no health insurance budgeted to..._

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

_[Handwritten margin notes:] I had just passed the U.S. Army [...] day done. JLAB immediately hired me May 13 1987 and on my last work can form. [...] an [...] indicated I had completed Program requirements._

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_[Handwritten:] May 15, 1994 via self Bachelor / Individualized Studies cum laude / Social Sciences and Humanities award, writ of network of complaint Virginia state leaders [...] V. is us_

B.    The Equal Employment Opportunity Commission *(check one):*

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_[Handwritten:] Section W. A / current complaint firm. SSN 231 7 [...]_

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

_[Handwritten:] B. I. S._

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one):*

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*[Handwritten:]* 2-6-09 U.S. Court of Appeals for the 4thC, remand Case # 09-1164, plaintiff: Terrance Keith Johnson versus (consolidated)

Food, Clothing, Shelter; SSA has threatened to cancel SSA Benefit Plaintiff, in the amount of $2,631.00 USD per Month, guess; the IRS is fraud, waste, abuse maliciously toward plaintiff since Plaintiff returned from Mexico, 2008 11 8 to 2010 03 02; This is the third fraud-waste-abuse attempt from SSA to collect an accused overpayment; Loss of potential taxable income due to unsolicited recruitment, A college education is not required to work at D.O.D., DIA Exemplary damages claimed: $1.7 x 10^39 USD via writ, Long-tudinal Harassment and Targeted IFSB Target policy

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[Handwritten in margin:]* $1.7 x 10^{39} USD  (10^{39} = 39 zeros: Septillion Trillion USD)

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 10, 2018.

Signature of Plaintiff  *[signature]* Terrance Keith Johnson

Printed Name of Plaintiff  Terence Keith Johnson

7

**B.**    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____