IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

TERENCE KEITH JOHNSON, ) CIV. NO. 18-00015 ACK-RLP
)
    Plaintiff, )
)
vs. )
)
UNITED STATES GOVERNMENT, )
DEPARTMENT OF DEFENSE, )
DEFENSE LOGISTICS AGENCY, )
DLA-HUMAN RESOURCES, )
)
    Defendants. )
_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on January 16, 2018 and served on all parties on January 17, 2018 by first class mail, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That The District Court Grant Plaintiff's Application To Proceed Without Prepaying Fees And Dismiss The Complaint With Leave To Amend," ECF NO. [4] are adopted as the opinion and order of this Court.

Plaintiff's Complaint is dismissed WITHOUT PREJUDICE. Plaintiff must filed an amended complaint within thirty days of the entry of this Order or else judgment will be entered against him. Any amended complaint must correct the

deficiencies noted in the Findings and Recommendation or Plaintiff's claims may be dismissed with prejudice.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, February 5, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Johnson v. United States Government et al, Civ. No. 18-00015 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendations