IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TERENCE KEITH JOHNSON, | ) CIV NO. 18-00015 ACK-RLP |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF DEFENSE, DEFENSE LOGISTICS AGENCY, DLA-HUMAN RESOURCES, | ) |
| Defendants. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 13, 2018 and served on Plaintiff via U.S. Mail on February 14, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That The District Court Dismiss The Amended Complaint With Leave To Amend" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 5, 2018.



```
                    Alan C. Kay
                    Alan C. Kay
                    Sr. United States District Judge
```

Johnson v. United States Government, et al., Civ. No. 18-00015 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.