IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERENCE KEITH JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES GOVERNMENT, ) <br> DEPARTMENT OF DEFENSE; ) <br> DEFENSE LOGISTIC AGENCY, ) <br> DLA-HUMAN RESOURCES, ) <br> ) <br> Defendants. ) <br> _____ ) | CIV NO 18-00015 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 18, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That The District Court Dismiss The Second Amended Complaint With Prejudice", ECF NO. 12 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 3, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Johnson v. United States Government, et al., Civ. No. 18-00015 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.